UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DAIICHI SANKYO EUROPE GMBH.,<br><br>Defendant. | Civil Action No: |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Esperion Therapeutics, Inc. ("Esperion") through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and applicable local rules, submits this corporate disclosure statement identifying all of its publicly held parent corporations and all publicly held companies that directly or indirectly own, control or hold, with power to vote, ten percent or more of Esperion's outstanding voting securities. Regarding the foregoing, Esperion represents as follows, to the best of its knowledge, information, and belief that Esperion is a Delaware corporation that has no parent corporation and is not aware of any publicly held corporation that holds 10% or more of the stock of Esperion.

Dated: March 27, 2023                    Respectfully submitted,

                                                  ESPERION THERAPEUTICS, INC.,

                                                  By its attorneys,

                                                  */s/ Jordan D. Weiss*
                                                  Jordan D. Weiss
                                                  Emily S. Unger (*pro hac vice* forthcoming)
                                                  Goodwin Procter LLP
                                                  The New York Times Building
                                                  620 Eighth Avenue
                                                  New York, NY 10018
                                                  (212) 813-8800
                                                  JWeiss@goodwinlaw.com
                                                  EUnger@goodwinlaw.com