UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ESPERION THERAPEUTICS, INC.

                               Plaintiff(s)

- v -                                          **RULE 7.1 STATEMENT**

DAIICHI SANKYO EUROPE GMBH.

                                                        1:23-cv-02568

                             Defendant(s)                          Case Number
_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

ESPERION THERAPEUTICS, INC.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Esperion represents as follows, to the best of its knowledge, information, and belief that Esperion has no parent corporation and is not aware of any publicly held corporation that holds 10% or more of the stock of Esperion.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Esperion is incorporated in Delaware and has its principal place of business at 3891 Ranchero Drive, Suite 150, Ann Arbor, Michigan 48108.

Daiichi Sankyo Europe GmbH is a limited liability company with its principal place of business at Zielstattstraße 48, 81379 Munich, Germany.

3/27/23
Date

/s/ Jordan D. Weiss
Signature of Attorney

JW2517
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022