UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DAIICHI SANKYO EUROPE GMBH,<br><br>    Defendant. | Case No.  1:23-cv-02568<br><br><br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

    PLEASE TAKE NOTICE that pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Emily Unger, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Esperion Therapeutics, Inc. in the above-captioned action.

    I am in good standing of the bar of the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court.  I have attached the declaration pursuant to Local Rule 1.3.

Dated: March 28, 2023

Respectfully submitted,

ESPERION THERAPEUTICS, INC.

By its attorney,

/s/ Emily Unger
Emily Unger
**GOODWIN PROCTER LLP** 100 Northern Avenue
Boston, Massachusetts
Tel.: 617.570.1000
EUnger@goodwinlaw.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2023, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices and caused copies of the aforementioned document to be served via first class mail, postage prepaid upon any non-CM/ECF participants.

                                                     /s/ Emily Unger