UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>DAIICHI SANKYO EUROPE GMBH,<br><br>   Defendant. | Case No.  1:23-cv-02568<br><br><br><br>**DECLARATION OF<br>EMILY UNGER** |

  PURSUANT TO RULE 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern District of New York, I, Emily Unger, declare that the following facts are true under penalties of perjury:

1. I am in good standing of the bars of the Commonwealth of Massachusetts, as demonstrated by the certificate of good standing annexed hereto as Exhibit 1.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending or previous disciplinary proceedings against me in any state or federal court.

Executed on: March 28, 2023     /s/ Emily Unger
       Boston, MA        Emily Unger

# Exhibit 1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

Be it remembered, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 25, 2014**, said Court being the highest Court of Record in said Commonwealth:

## Emily Shelton Unger

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-seventh** day of **March** in the year of our Lord **two thousand and twenty-three.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.