UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAIICHI SANKYO EUROPE GMBH, <br><br> Defendant. | Case No.  1:23-cv-02568 <br><br><br> **[PROPOSED] ORDER ADMITTING COUNSEL PRO HAC VICE** |

The motion of Emily Unger, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

Emily Unger
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts
Tel.: 617.570.1000
EUnger@goodwinlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Esperion Therapeutics, Inc. in the above entitled action;

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
The Honorable
U.S.D.J.