# EXHIBIT A

*CONFIDENTIAL*                                              *EXECUTION VERSION*

**LICENSE AND COLLABORATION AGREEMENT**

**by and between**

**DAIICHI SANKYO EUROPE GMBH**

**and**

**ESPERION THERAPEUTICS, INC.**

**JANUARY 2, 2019**

License & Collaboration Agreement_Esperion_DSE_January 2019



# Redacted

# Redacted

# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

1.35.  **"DSE Territory"** means Andorra, Austria, Belgium, Bulgaria, Croatia, Republic of Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Italy (incl. Vatican City), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Monaco, Netherlands, Norway, Poland, Portugal, Romania, San Marino, Slovenia, Slovakia, Spain, Sweden, Switzerland and United Kingdom.

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted

# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted

# Redacted

# Redacted



# Redacted

# Redacted



Redacted

**9.2.    Regulatory Milestone Payment.**  Esperion will provide DSE with written notice of the achievement of the following regulatory milestone event within ten (10) days after such event has occurred.  Esperion shall invoice DSE within thirty (30) days of receipt of such written notice, and DSE shall pay the associated milestone payment within thirty (30) days following receipt of such invoice.  This milestone payment shall be payable only once.

| Regulatory Milestone Event | Milestone Payment |
|---|---|
| Grant of the first Regulatory Approval in the DSE Territory of a Licensed Product that includes cardiovascular risk reduction in the label that correlates with the relative risk reduction rate indicated below as a result of the CLEAR Outcome Study: | |
| Equal to or greater than 15% and less than 20% | $200,000,000 |
| Equal to or greater than 20% | $300,000,000 |

Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



Redacted

# Redacted



# Redacted

# Redacted

**14.3.** **Governing Law.** The Agreement shall be construed and the respective rights of the Parties determined in accordance with the substantive Laws of the State of New York, notwithstanding any provisions of New York Law or any other Law governing conflicts of laws to the contrary.

**14.4.** **Jurisdiction.** Each Party by its execution hereof, (a) hereby irrevocably submits to the jurisdiction of the courts sitting in New York City, New York, for the purpose of any dispute arising between the Parties in connection with this Agreement (each, an **"Action"**), except as otherwise expressly provided in this Agreement; (b) hereby waives, to the extent not prohibited by applicable Law, and agrees not to assert, by way of motion, as a defense or otherwise, in any such Action, any claim that (i) it is not subject personally to the jurisdiction of the above-named court, (ii) its property is exempt or immune from attachment or execution, (iii) any such Action brought in the above-named court should be dismissed on grounds of forum non conveniens, should be transferred or removed to any court other than the above-named court, or should be stayed by reason of the pendency of some other proceeding in any other court other than the above-named court, or (iv) this Agreement or the subject matter hereof may not be enforced in or by such court; and (c) hereby agrees not to commence any such Action other than before the above-named court. Notwithstanding the previous sentence a Party may commence any Action in a court other than the above-named court solely for the purpose of enforcing an order or judgment issued by the above-named court.

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted

Redacted

Redacted 

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted

# Redacted

# Redacted



# Redacted

# Redacted



# Redacted

# Redacted

# Redacted

# Redacted

License & Collaboration Agreement_Esperion_DSE_January 2019

80/81



# Redacted