**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ESPERION THERAPEUTICS, INC.

                Plaintiff,

v.

DAIICHI SANKYO EUROPE GMBH.,

                Defendant.

Civil Action No: 1:23-cv-02568

**ORDER TO SHOW CAUSE FOR**
**SERVICE OF PROCESS BY EMAIL**
**ON DEFENDANT**

      Upon the declarations of Jordan D. Weiss and Sheldon Koenig, and the accompanying Memorandum of Law in Support of Order to Show Cause for Service of Process by Email on Defendant, filed herewith this 3rd day of April 2023, it is

      **ORDERED**, that the plaintiff, Esperion Therapeutics, Inc., or its attorneys, show cause before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at the Courthouse located at 40 Foley Square, Courtroom 619, in the City, County and State of New York, on   April 11  , 2023 at     11:00  am, why an order should be entered pursuant to Fed. R. Civ. P. 4(f)(3), allowing plaintiff Esperion Therapeutics, Inc. to serve process of this Declaratory Judgment action (*see* Dkt. Nos. 1-5) upon DSE via email in English; and it is further

      **ORDERED** that a copy of this order shall be provided to DSE's counsel, David Hille and Isaac Glassman of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, T: 212-

819-8200, by overnight and electronic mail at dhille@whitecase.com and isaac.glassman@whitecase.com, on or

before _____April 5_____, 2023.

        Dated: _April 4_____, 2023
        New York, New York

                                    Hon. Edgardo Ramos, United States District Judge