```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
ESPERION THERAPEUTICS, INC.,                            :
                                                        :
                        Plaintiff,                      :
                                                        :    No. 1:23-cv-02568 (ER)
        -against-                                       :
                                                        :
DAIICHI SANKYO EUROPE GMBH.,                            :
                                                        :
                        Defendant.                      :
                                                        :
------------------------------------------------------- X
```

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel of record for Plaintiff Esperion Therapeutics, Inc. and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Plaintiff Esperion Therapeutics, Inc. The undersigned is a member of this Court in good standing.


Dated: May 4, 2023  
      New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Orin Snyder*  
    Orin Snyder

GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, NY  10166-0193  
Telephone:  212.351.2400  
Facsimile:  212.351.6335  
OSnyder@gibsondunn.com

*Attorneys for Plaintiff*