UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ESPERION THERAPEUTICS, INC., | : |
| Plaintiff, | : |
| -against- | : No. 1:23-cv-02568 (ER) |
| DAIICHI SANKYO EUROPE GMBH., | : |
| Defendant. | : |

---

## NOTICE OF APPEARANCE

The undersigned respectfully enters her appearance as counsel of record for Plaintiff Esperion Therapeutics, Inc. and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Plaintiff Esperion Therapeutics, Inc. The undersigned is a member of this Court in good standing.

Dated: May 4, 2023
      New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Grace Hart*
    Grace Hart

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.6372
Facsimile:  212.817.9502
GHart@gibsondunn.com

*Attorneys for Plaintiff*