**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

> **MEMO ENDORSED**
>
> Esperion's request for permission to file under seal an unredacted version of the parties' Agreement is GRANTED. IT IS SO ORDERED.
>
> *[signature]*
> Edgardo Ramos, U.S.D.J.
> Dated: May 5, 2023
> New York, New York

May 4, 2023

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Esperion Therapeutics, Inc. v. Daiichi Sankyo Europe GmbH*, No. 1:23-cv-02568 (ER)

Dear Judge Ramos:

We represent Plaintiff Esperion Therapeutics, Inc ("Esperion") in the above-captioned declaratory action seeking a determination of the rights and obligations of the parties under a License and Collaboration Agreement ("Agreement"), dated January 2, 2019. We write pursuant to this Court's Individual Practice Rule 3(ii) to respectfully request permission to file under seal an unredacted version of the Agreement, which is attached as Exhibit A to Esperion's First Amended Complaint. Esperion seeks to file under seal the portions of the Agreement that have not already been publicly disclosed in order to comply with a confidentiality provision in the Agreement. Esperion has asked counsel for Defendant Daiichi Sankyo Europe GmbH ("DSE") for its consent to file an entirely unredacted copy of the Agreement, but DSE objected to filing an entirely unredacted copy of the Agreement.

We thank the Court for its consideration of this request.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

/s/ Orin Snyder
Orin Snyder

*Attorneys for Plaintiff Esperion Therapeutics, Inc.*

cc: All Counsel of Record (via ECF)