UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC.<br><br>                       Plaintiff,<br><br>           v.<br><br>DAIICHI SANKYO EUROPE GMBH,<br><br>                       Defendant. | No. 1:23-cv-02568-ER<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and all parties of record:

      Please enter the appearance of Toni-Ann Citera as counsel for Defendant Daiichi Sankyo Europe GmbH.

Dated: June 20, 2023                           Respectfully submitted,
       New York, New York

                                                      */s/ Toni-Ann Citera*

                                                   Toni-Ann Citera
                                                   JONES DAY
                                                   250 Vesey Street
                                                   New York, New York  10281-1047
                                                   Tel: (212) 326-3939
                                                   Fax: (212) 755-7306
                                                   Email:  tcitera@jonesday.com

                                                   *Attorney for Defendant Daiichi Sankyo Europe GmbH*

## **CERTIFICATE OF SERVICE**

I, Toni-Ann Citera, certify that on June 20, 2023, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                                */s/ Toni-Ann Citera*
                                                Toni-Ann Citera