UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESPERION THERAPEUTICS, INC.

Plaintiff,

v.

DAIICHI SANKYO EUROPE GMBH,

Defendant.

No. 1:23-cv-02568-ER

**[PROPOSED] ORDER FOR
ADMISSION *PRO HAC VICE***

The motion of Charlotte S. Hogan for admission to practice *Pro Hac Vice* in the above

captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of

Illinois and that her contact information is as follows:

Charlotte S. Hogan
JONES DAY
110 N. Wacker Drive
Suite 4800
Chicago, Illinois 60606
Phone:  (312) 782-3939
charlottehogan@jonesday.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for

Defendant Daiichi Sankyo Europe GmbH in the above entitled action;

**IT IS HEREBY ORDERED** that Charlotte S. Hogan is admitted to practice *Pro Hac Vice* in

the above captioned case in the United States District Court for the Southern District of New

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District Judge