UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESPERION THERAPEUTICS INC.,

                Plaintiff,

v.

DAIICHI SANKYO EUROPE GMBH,

                Defendant.

No. 1:23-cv-02568-ER

**MOTION FOR ADMISSION**
***PRO HAC VICE***

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Amanda B. Maslar hereby move this Court for an order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Daiichi Sankyo Europe GmbH, in the above-captioned action.

I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the requisite affidavit pursuant to Local Rule 1.3.

Dated:    June 20, 2023

Respectfully submitted,

/s/ Amanda B. Maslar
Amanda B. Maslar
JONES DAY
110 N. Wacker Drive
Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Email: amaslar@jonesday.com