UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ESPERION THERAPEUTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> DAIICHI SANKYO EUROPE GMBH, <br><br> Defendant. | No. 1:23-cv-02568-ER <br><br> **AFFIDAVIT OF AMANDA B. MASLAR IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Amanda B. Maslar, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Jones Day.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am in good standing of the bar of the State of Illinois, as demonstrated by the Certificate of Good Standing annexed hereto.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

*[Signature]*

Dated: June 20, 2023        Amanda B. Maslar

_____
Notary Public

Sworn to and subscribed before
me this 20th day of June, 2023

```
LORI BARNES
Official Seal
Notary Public - State of Illinois
My Commission Expires Jun 27, 2023
```