UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC.<br><br>                    Plaintiff,<br><br>           v.<br><br>DAIICHI SANKYO EUROPE GMBH,<br><br>                    Defendant. | No. 1:23-cv-02568-ER<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Amanda B. Maslar for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Illinois and that her contact information is as follows:

Amanda B. Maslar
JONES DAY
110 N. Wacker Drive
Suite 4800
Chicago, Illinois 60606
Phone:  (312) 782-3939
amaslar@jonesday.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Daiichi Sankyo Europe GmbH in the above entitled action;

**IT IS HEREBY ORDERED** that Amanda B. Maslar is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                           _____
                                                           United States District Judge