UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC.<br><br>               Plaintiff,<br><br>    v.<br><br>DAIICHI SANKYO EUROPE GMBH,<br><br>               Defendant. | No. 1:23-cv-02568-ER<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

    The motion of Jeremy P. Cole for admission to practice *Pro Hac Vice* in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information is as follows:

    Jeremy P. Cole
    JONES DAY
    110 N. Wacker Drive
    Suite 4800
    Chicago, Illinois 60606
    Phone:  (312) 782-3939
    jpcole@jonesday.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Daiichi Sankyo Europe GmbH in the above entitled action;

    **IT IS HEREBY ORDERED** that Jeremy P. Cole is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

  Dated: _____

                                                   _____
                                                   United States District Judge