UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESPERION THERAPEUTICS INC.,

                        Plaintiff,

      v.

DAIICHI SANKYO EUROPE GMBH,

                        Defendant.

No. 1:23-cv-02568-ER

**MOTION FOR ADMISSION**
***PRO HAC VICE***

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Elizabeth J. Marino hereby move this Court for an order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Daiichi Sankyo Europe GmbH, in the above-captioned action.

I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the requisite affidavit pursuant to Local Rule 1.3.

Dated:    June 20, 2023

                                                                      Respectfully submitted,

                                                                      */s/ Elizabeth J. Marino*
                                                                      Elizabeth J. Marino
                                                                      JONES DAY
                                                                      110 N. Wacker Drive
                                                                      Suite 4800
                                                                      Chicago, IL 60606
                                                                      Telephone: (312) 782-3939
                                                                      Email: ejmarino@jonesday.com