UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC.<br><br>                    Plaintiff,<br><br>      v.<br><br>DAIICHI SANKYO EUROPE GMBH,<br><br>                    Defendant. | No. 1:23-cv-02568-ER<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

    The motion of Elizabeth J. Marino for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the State of Illinois and that her contact information is as follows:

    Elizabeth J. Marino
    JONES DAY
    110 N. Wacker Drive
    Suite 4800
    Chicago, Illinois 60606
    Phone:  (312) 782-3939
    ejmarino@jonesday.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Daiichi Sankyo Europe GmbH in the above entitled action;

    **IT IS HEREBY ORDERED** that Elizabeth J. Marino is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                              _____
                                                              United States District Judge