UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC.<br><br>        Plaintiff,<br><br>   v.<br><br>DAIICHI SANKYO EUROPE GMBH,<br><br>        Defendant. | No. 1:23-cv-02568-ER<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and all parties of record:

  Please enter the appearance of Charlotte S. Hogan as counsel for Defendant Daiichi Sankyo Europe GmbH.

Dated: June 29, 2023

  New York, New York

                Respectfully submitted,

                */s/ Charlotte S. Hogan*
                Charlotte S. Hogan *(admitted pro hac vice)*
                JONES DAY
                110 N. Wacker Dr.
                Suite 4800
                Chicago, IL 60606
                Tel: (312) 782-3939
                Email:  charlottehogan@jonesday.com

                *Attorney for Defendant Daiichi Sankyo Europe GmbH*

## **CERTIFICATE OF SERVICE**

I, Charlotte S. Hogan, certify that on June 29, 2023, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

      */s/ Charlotte S. Hogan*
      Charlotte S. Hogan