UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC.<br><br>                       Plaintiff,<br><br>            v.<br><br>DAIICHI SANKYO EUROPE GMBH,<br><br>                       Defendant. | No. 1:23-cv-02568-ER<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and all parties of record:

    Please enter the appearance of Amanda B. Maslar as counsel for Defendant Daiichi Sankyo Europe GmbH.

Dated: June 29, 2023

    New York, New York

                                                                   Respectfully submitted,

                                                                    */s/ Amanda B. Maslar*
                                                                     Amanda B. Maslar *(admitted pro hac vice)*
                                                                     JONES DAY
                                                                     110 N. Wacker Dr.
                                                                     Suite 4800
                                                                     Chicago, IL 60606
                                                                     Tel: (312) 782-3939
                                                                     Email:  amaslar@jonesday.com

                                                  *Attorney for Defendant Daiichi Sankyo Europe GmbH*

## **CERTIFICATE OF SERVICE**

I, Amanda B. Maslar, certify that on June 29, 2023, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Amanda B. Maslar*
Amanda B. Maslar