UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC. <br><br> Plaintiff, <br><br> v. <br><br> DAIICHI SANKYO EUROPE GMBH, <br><br> Defendant. | No. 1:23-cv-02568-ER <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of the Court and all parties of record:

Please enter the appearance of Elizabeth J. Marino as counsel for Defendant Daiichi Sankyo Europe GmbH.

Dated: June 29, 2023

New York, New York

Respectfully submitted,

 /s/ Elizabeth J. Marino
Elizabeth J. Marino *(admitted pro hac vice)*
JONES DAY
110 N. Wacker Dr.
Suite 4800
Chicago, IL 60606
Tel: (312) 782-3939
Email:  ejmarino@jonesday.com

*Attorney for Defendant Daiichi Sankyo Europe GmbH*

## CERTIFICATE OF SERVICE

I, Elizabeth J. Marino, certify that on June 29, 2023, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Elizabeth J. Marino*
Elizabeth J. Marino