UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DAIICHI SANKYO EUROPE GMBH,<br><br>　　　　　　　　　　Defendant. | No. 1:23-cv-02568-ER<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and all parties of record:

　　　　Please enter the appearance of Jeremy P. Cole as counsel for Defendant Daiichi Sankyo Europe GmbH.

Dated: June 29, 2023

　　　　New York, New York

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　 */s/ Jeremy P. Cole*
　　　　　　　　　　　　　　　　　　Jeremy P. Cole *(admitted pro hac vice)*
　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　110 N. Wacker Dr.
　　　　　　　　　　　　　　　　　　Suite 4800
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Tel: (312) 782-3939
　　　　　　　　　　　　　　　　　　Email:  jpcole@jonesday.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendant Daiichi Sankyo Europe GmbH*

## **CERTIFICATE OF SERVICE**

I, Jeremy P. Cole, certify that on June 29, 2023, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Jeremy P. Cole*
Jeremy P. Cole