UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC., <br><br>                                  Plaintiff, <br><br> -against- <br><br> DAIICHI SANKYO EUROPE GMBH, <br><br>                                  Defendant. | No. 1:23-cv-02568-ER |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alexandra Perloff-Giles of Gibson, Dunn & Crutcher LLP respectfully enters her appearance as counsel for Plaintiff Esperion Therapeutics, Inc. in the above-captioned proceeding, and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating thereto.  The undersigned certifies that she is admitted to practice in this Court.

Dated: New York, New York
       June 30, 2023

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Alexandra Perloff-Giles*
      Alexandra Perloff-Giles

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-6307
Fax:  (212) 716-0807
APerloff-Giles@gibsondunn.com

*Counsel for Plaintiff*