UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESPERION THERAPEUTICS, INC.,

                            Plaintiff,

        -against-

DAIICHI SANKYO EUROPE GMBH,

                       Defendant.

No. 1:23-cv-02568-ER

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Connor S. Sullivan of Gibson, Dunn & Crutcher LLP respectfully enters his appearance as counsel for Plaintiff Esperion Therapeutics, Inc. in the above-captioned proceeding, and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating thereto.  The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       August 22, 2023

                      GIBSON, DUNN & CRUTCHER LLP

                      By: */s/ Connor S. Sullivan*
                         Connor S. Sullivan

                      GIBSON, DUNN & CRUTCHER LLP
                      200 Park Avenue
                      New York, NY 10166-0193
                      Tel: (212) 351-4000
                      CSSullivan@gibsondunn.com

                      *Counsel for Plaintiff*