UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESPERION THERAPEUTICS, INC.,

        Plaintiff,

v.

DAIICHI SANKYO EUROPE GMBH,

        Defendant.

No. 1:23-cv-02568-ER

**AFFIDAVIT OF ANDREW LEE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Andrew Lee, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Jones Day.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am in good standing of the bar of the State of Illinois, as demonstrated by the Certificate of Good Standing annexed hereto as Exhibit 1.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

1

Dated: August 25, 2023

/s/ Andrew Lee

_____
Notary Public

Sworn to and subscribed before
me on this 25th day of August, 2023

```
Official Seal
DEBORAH A CONTIZANO
Notary Public, State of Illinois
Commission No. 822974
My Commission Expires July 19, 2027
```