UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC.<br><br>                      Plaintiff,<br><br>             v.<br><br>DAIICHI SANKYO EUROPE GMBH,<br><br>                      Defendant. | No. 1:23-cv-02568-ER<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Andrew Lee for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information is as follows:

    Andrew Lee
    JONES DAY
    110 North Wacker Drive
    Suite 4800
    Chicago, Illinois 60606
    Phone:  (312) 269-4161
    andrewlee@jonesday.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Daiichi Sankyo Europe GmbH in the above entitled action;

**IT IS HEREBY ORDERED** that Andrew Lee is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

 

                                          _____
                                              United States District Judge