UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC., <br><br>    Plaintiff, <br><br> v. <br><br> DAIICHI SANKYO EUROPE GMBH, <br><br>    Defendant. | No. 1:23-cv-02568-ER <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of the Court and all parties of record:

Please enter the appearance of Andrew Lee as counsel for Defendant Daiichi Sankyo Europe GmbH.

Dated: September 6, 2023               Respectfully submitted,


                                       */s/ Andrew Lee*
                                       Andrew Lee (*admitted pro hac vice*)
                                       JONES DAY
                                       110 North Wacker Drive, Suite 4800
                                       Chicago, IL 60606
                                       Telephone: +1.312.269.4161
                                       andrewlee@jonesday.com

                                       *Attorney for Defendant Daiichi Sankyo Europe GmbH*

1

**CERTIFICATE OF SERVICE**

      I, Andrew Lee, certify that on September 6, 2023, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

      /s/ *Andrew Lee*
      Andrew Lee