UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ESPERION THERAPEUTICS, INC.,

                                Plaintiff,        **CIVIL CASE DISCOVERY PLAN**

    -against-                                 **AND SCHEDULING ORDER**

DAIICHI SANKYO EUROPE GMBH,

                                              1:23-cv-02568 (ER)
                            Defendant.

------------------------------------------------------------ x

       This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties <u>do not consent</u> to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).  The parties are free to withhold consent without adverse substantive consequences.  (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case <u>is</u> /is not to be tried to a jury.

3. Joinder of additional parties must be accomplished by **<u>October 16, 2023</u>**.

4. Amended pleadings may be filed until **<u>November 10, 2023</u>**.

5. First sets of interrogatories shall be served no later than **<u>August 22, 2023</u>**, and responses thereto shall be served within thirty (30) days thereafter.  The provisions of Local Civil Rule 33.3 **<u>shall</u>** apply to this case.

6. First requests for production of documents shall be served no later than **<u>July 20, 2023</u>**.

7. Document production should be substantially completed by **<u>October 20, 2023</u>**.

8. Any further fact interrogatories shall be served no later than **<u>November 6, 2023</u>**.

9. Non-expert depositions shall be completed by **<u>December 15, 2023</u>**.

    a. Depositions shall proceed concurrently.

10. The parties will disclose experts they anticipate calling to testify at trial on **<u>December 15, 2023</u>**.

11. Requests to Admit, if any, shall be served no later than **January 30, 2024**.

12. Expert reports shall be served no later than **January 12, 2024**.

13. Rebuttal expert reports shall be served no later than **February 2, 2024**.

14. Expert depositions shall be completed by **March 1, 2024**.

15. **ALL DISCOVERY SHALL BE COMPLETED BY March 1, 2024**.

16. Pre-motion letters for dispositive motions shall be submitted by **February 9, 2024**.

17. Trial – **April 15, 2024**.

18. Any motions shall be filed in accordance with the Court's Individual Practices.

19. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

20. The next case management conference is scheduled for March 6, 2024, at 11:30 a.m.

Dated: September 12, 2023

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | JONES DAY |
| By: /s/ Connor S. Sullivan<br>    Orin Snyder<br>    Matthew Benjamin<br>    Mary Beth Maloney<br>    Connor S. Sullivan<br>    Grace Hart<br>    Allyson Parks<br>    Alexandra Perloff-Giles<br>    Brian Yeh<br>    200 Park Avenue<br>    New York, NY 10166-0193<br>    Telephone: 212.351.4000<br>    OSnyder@gibsondunn.com<br>    MBenjamin@gibsondun.com<br>    MMaloney@gibsondunn.com<br>    CSSullivan@gibsondunn.com<br>    GHart@gibsondunn.com<br>    AParks@gibsondunn.com<br>    APerloff-Giles@gibsondunn.com<br>    BYeh@gibsondunn.com<br><br>*Attorneys for Plaintiff Esperion Therapeutics, Inc.* | By: /s/ Elizabeth Marino<br>    Toni-Ann Citera<br>    250 Vesey Street<br>    New York, NY 10281<br>    Telephone: 212.326.3939<br>    tcitera@jonesday.com<br><br>    Jeremy Cole<br>    Elizabeth Marino<br>    Amanda Maslar<br>    Charlotte Hogan<br>    110 North Wacker Drive, Suite 4800<br>    Chicago, IL 60606<br>    Telephone: 312.782.3939<br>    jpcole@jonesday.com<br>    ejmarino@jonesday.com<br>    amaslar@jonesday.com<br>    charlottehogan@jonesday.com<br><br>*Attorneys for Defendant Daiichi Sankyo Europe GmbH* |

SO ORDERED.

Dated: New York, New York
      September 14, 2023

                                      Edgardo Ramos, U.S. District Judge