UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESPERION THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> DAIICHI SANKYO EUROPE GMBH, <br><br> Defendant. | No. 1:23-cv-02568-ER <br><br> <u>Oral Argument Requested</u> |

### NOTICE OF ESPERION THERAPEUTICS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, dated October 25, 2023 and all prior pleadings and proceedings herein, Plaintiff Esperion Therapeutics, Inc. respectfully moves this Court, before the Honorable Edgardo Ramos, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for on Order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, granting judgment on the pleadings for Plaintiff.

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's Minute Entry of October 18, 2023, opposition papers must be served and filed on or before Wednesday, November 15, and reply papers must be served and filed on or before Wednesday, November 22.

Dated: New York, New York
       October 25, 2023                    Respectfully submitted,

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: _/s/ Orin Snyder_
                                              Orin Snyder
                                              Mary Beth Maloney
                                              Matt Benjamin
                                              Connor S. Sullivan
                                              Allyson Parks
                                              Grace E. Hart
                                              Alexandra Perloff-Giles
                                              Brian Yeh

                                              200 Park Avenue
                                              New York, New York 10166-0193
                                              Tel.:  (212) 351-4000
                                              Fax:  (212) 351-4035
                                              osnyder@gibsondunn.com
                                              mmaloney@gibsondunn.com
                                              cssullivan@gibsondunn.com
                                              mbenjamin@gibsondunn.com
                                              aparks@gibsondunn.com
                                              ghart@gibsondunn.com
                                              aperloff-giles@gibsondunn.com
                                              byeh@gibsondunn.com

                                              *Attorneys for Plaintiff Esperion Therapeutics, Inc.*