# JONES DAY

110 NORTH WACKER DRIVE • CHICAGO, ILLINOIS 60606

TELEPHONE: +1.312.782.3939 • JONESDAY.COM

Direct Number: (312) 269-4093
JPCOLE@JONESDAY.COM

November 10, 2023

<u>VIA ECF</u>

The Honorable Edgardo Ramos
United States District Court (S.D.N.Y.)
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

   Re: <u>*Esperion Therapeutics, Inc. v. Daiichi Sankyo Europe GmbH*,</u>
     <u>Civil Action No. 1:23-cv-02568 (S.D.N.Y.)</u>

Dear Judge Ramos:

 We represent Daiichi Sankyo Europe GmbH ("DSE") in the above-captioned matter. We write pursuant to this Court's Individual Practice Rule 3(ii) to respectfully request permission to file under seal DSE's letter motion for leave to amend its answer and DSE's amended answer. In support, DSE states:

1. On September 8, 2023, this Court entered the Stipulated Protective Order (the "Protective Order"). ECF No. 57.

2. The Protective Order applies to "any information of any kind and in any form provided in the course of discovery in this Action" and allows the parties to designate such documents as confidential or highly confidential. ECF No. 57 ¶ 1.

3. The Protective Order requires that "any Party seeking to file any document containing Confidential or Highly Confidential – Attorneys' Eyes Only Discovery Material under seal shall (a) electronically file under seal via the Court's Electronic Case Filing system a copy of the unredacted document with the proposed redactions highlighted; (b) publicly file via the Court's Electronic Case Filing system the document with only the Confidential or Highly Confidential – Attorneys' Eyes Only Discovery Material redacted; and (c) file a motion explaining the need to withhold the Confidential or Highly Confidential – Attorneys' Eyes Only  Discovery Material at issue from the public record." ECF No. 57 ¶ 12.

4. Additionally, the License Agreement between the parties contains strict confidentiality provisions requiring, *inter alia*, that all confidential or proprietary information disclosed under the License Agreement "be maintained in confidence" and not disclosed. *See* ECF No. 20-1 § 7.1.

**JONES DAY**

    5.  DSE's letter motion for leave to amend its answer and the amended answer contain information designated as "Confidential" and "Highly Confidential" pursuant to the Protective Order entered by the Court. The information referenced contains non-public information regarding the regulatory application submitted for the bempedoic acid products at issue in this case.

    Based on the foregoing, DSE respectfully requests that the Court allow its letter motion to amend and its amended answer to be filed under seal in order to protect confidential information from public dissemination pursuant to the parties' protective order and this Court's Individual Practice Rule 3(ii).

    Respectfully Submitted,

    */s/ Jeremy P. Cole*

    Jeremy P. Cole
    *Counsel for Daiichi Sankyo Europe GmbH*

cc: All Counsel of Record (via ECF)